IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUZANNE R. ROBINSON and <br> JOSEPH L. ROBINSON <br> 42 Hesse Road <br> Hamden, CT 06617 <br><br> Plaintiffs, <br><br> vs. <br><br> ELI LILLY AND COMPANY <br> Lilly Corporate Center <br> Indianapolis, IN 46285 <br><br> Defendant. | CIVIL ACTION _____ <br><br> SUPERIOR COURT NO. 07-0000080 <br><br> DEFENDANT ELI LILLY AND COMPANY'S NOTICE OF REMOVAL OF CIVIL ACTION |

**DEFENDANT ELI LILLY AND COMPANY'S DISCLOSURE
OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Defendant Eli Lilly and Company, certify that to the best of my knowledge and belief, Eli Lilly and Company has no parent companies, subsidiaries, or affiliates that have any outstanding securities in the hands of the public. These representations are made in order that judges of this Court may determine the need for recusal.

Dated: January 22, 2007              Respectfully Submitted,

                                     SHOOK, HARDY & BACON, L.L.P.

136831v1

_/s/ Emily J. Laird_
Michelle R. Mangrum, DC Bar No. 473634
John Chadwick Coots, DC Bar No. 461979
Emily J. Laird, D.C. Bar No. 485890
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004
(202) 783-8400 Telephone; (202) 783-4211 Fax

and

David W. Brooks
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Blvd. Kansas City, Missouri 64108
(816) 474-6550 Telephone; (816) 421-5547 Fax

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

136831v1

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 22nd day of January, 2007, a true and accurate copy of the foregoing has been furnished by first-class U.S. Mail, postage prepaid, to counsel of record listed below.

        Aaron M. Levine
        Aaron M. Levine & Associates
        1320 19th Street, N.W., Suite 500
        Washington, D.C. 20036
        **Attorneys for Plaintiff**

        _____
        ATTORNEY FOR DEFENDANT
        ELI LILLY AND COMPANY

136831v1