IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SUZANNE R. ROBINSON, et al.,** ] | |
| ] | |
| **Plaintiffs,** ] | |
| ] | |
| v. ] | Civil Action No.: 07-00153 (RWR) |
| ] | Next Event: |
| **ELI LILLY AND COMPANY,** ] | |
| ] | |
| **Defendant.** ] | |

<u>**NOTICE OF APPEARANCE**</u>

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Aaron M. Levine of AARON M. LEVINE & ASSOCIATES as counsel for plaintiffs SUZANNE R. ROBINSON and JOSEPH L. ROBINSON in the above-referenced matter.

                                                            Respectfully submitted,

                                                            AARON M. LEVINE & ASSOCIATES

                                                            /s/ Aaron M. Levine
                                                          AARON M. LEVINE, #7864
                                                          1320 19th Street, N.W., Suite 500
                                                          Washington, DC  20036
                                                          202-833-8040
                                                          Fax: 202-833-8046