## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SUZANNE R. ROBINSON, et al.,          ]
                                      ]
              Plaintiffs,             ]
                                      ]
       v.                             ]          Civil Action No.: 07-00153 (RWR)
                                      ]          Next Event:
ELI LILLY AND COMPANY,                ]
                                      ]
              Defendant.              ]


## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Brandon J. Levine of AARON M.

LEVINE & ASSOCIATES as counsel for plaintiffs SUZANNE R. ROBINSON and JOSEPH L.

ROBINSON in the above-referenced matter.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES


 /s/ Brandon J. Levine
BRANDON J. LEVINE, #412130
1320 19th Street, N.W., Suite 500
Washington, DC  20036
202-833-8040
Fax: 202-833-8046