IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SUZANNE R. ROBINSON, et al.,** ] | |
| ] | |
| **Plaintiffs,** ] | |
| ] | |
| v. ] | **Civil Action No.: 07-00153 (RWR)** |
| ] | **Next Event:** |
| **ELI LILLY AND COMPANY,** ] | |
| ] | |
| **Defendant.** ] | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Renee L. Robinson-Meyer of AARON M. LEVINE & ASSOCIATES as counsel for plaintiffs SUZANNE R. ROBINSON and JOSEPH L. ROBINSON in the above-referenced matter.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES

 /s/ Renee L. Robinson-Meyer
RENEE L. ROBINSON-MEYER, #455375
1320 19th Street, N.W., Suite 500
Washington, DC  20036
202-833-8040
Fax: 202-833-8046