IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUZANNE R. ROBINSON and<br>JOSEPH L. ROBINSON,<br><br>    Plaintiff,<br><br>vs.<br><br>ELI LILLY AND COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION No. 1:07-cv-00153-RWR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of Emily J. Laird as counsel for Defendant Eli Lilly and Company in the above-captioned matter.

Dated: February 9, 2007

                 Respectfully Submitted,

                 SHOOK, HARDY & BACON, L.L.P.

                 /s/ Emily J. Laird
                 Emily J. Laird, DC Bar No. 485890
                 600 14th Street, N.W., Suite 800
                 Washington, D.C. 20005-2004
                 (202) 783-8400 Telephone
                 (202) 783-4211 Facsimile

                 **ATTORNEYS FOR DEFENDANT**
                 **ELI LILLY AND COMPANY**

137509v1

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 9th day of February, 2007, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036

**Attorneys for Plaintiff**

　　　　　　　　　　　　　　　　　　/s/ Emily J. Laird
　　　　　　　　　　　　　　　　　　ATTORNEY FOR DEFENDANT
　　　　　　　　　　　　　　　　　　ELI LILLY AND COMPANY