IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUZANNE R. ROBINSON and<br>JOSEPH L. ROBINSON,<br><br>        Plaintiffs,<br><br>vs.<br><br>ELI LILLY AND COMPANY,<br><br>        Defendant. | CIVIL ACTION No. 1:07-cv-00153-RWR |

**JOINT MOTION TO AMEND SCHEDULING ORDER TO RESET
DATE FOR POST-DISCOVERY STATUS CONFERENCE**

COME NOW plaintiffs and defendant Eli Lilly and Company ("Lilly") and respectfully request that this Court enter an order amending the June 7, 2007 Scheduling Order to reset the date for the post-discovery status conference currently scheduled for March 14, 2008. In support of their motion, the parties state as follows:

The parties have been involved in discussions regarding possible resolution of this matter without further Court intervention. On March 13, 2008, counsel for plaintiffs and Lilly met and agreed to discuss this case in great detail on March 28, 2008 in an attempt to resolve this case. The parties respectfully suggest that the granting of this motion will save both the parties and Court's time and will allow the parties to focus on their upcoming attempt to work toward a mutually agreed stipulation of dismissal with prejudice.

WHEREFORE, the parties respectfully request that this Court enter an order rescheduling the post-discovery status conference currently scheduled for March 14, 2008 and

2

grant such other relief as the Court may deem just and proper.  Both parties are available for a post-discovery status conference on April 4, 10 or 18, 2008.

Respectfully Submitted,

| AARON LEVINE & ASSOCIATES | SHOOK, HARDY & BACON, L.L.P. |
|---|---|
| /s/ Aaron M. Levine | /s/ Michelle R. Mangrum |
| Aaron M. Levine | Michelle R. Mangrum, D.C. Bar No. 473634 |
| AARON LEVINE & ASSOCIATES | John Chadwick Coots, D.C. Bar No. 461979 |
| 1320 19th St., N.W., Suite 500 | SHOOK, HARDY & BACON, L.L.P. |
| Washington, D.C. 20036 | 600 14th Street, N.W., Suite 800 |
| | Washington, D.C. 20005-2004 |
| **ATTORNEYS FOR PLAINTIFFS** | (202) 783-8400 Telephone |
| | (202) 783-4211 Facsimile |

and

David W. Brooks
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd
Kansas City, MO  64108-2613
(816) 474-6550 Telephone
(816) 421-5547 Facsimile

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

2548557v2

**CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 13th day of March, 2008, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036
**Attorneys for Plaintiffs**

    /s/ Michelle R. Mangrum_____
**ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUZANNE R. ROBINSON and<br>JOSEPH L. ROBINSON,<br><br>    Plaintiffs,<br><br>vs.<br><br>ELI LILLY AND COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>) CIVIL ACTION No. 1:07-cv-00153-RWR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER TO RESET
DATE FOR POST-DISCOVERY STATUS CONFERENCE**

   This matter came before the Court on the parties' Joint Motion To Amend Scheduling Order To Reset Date For Post-Discovery Status Conference. Having reviewed the parties' submission and the reasons stated in support of the parties' request,

   IT IS HEREBY ORDERED THAT the parties' motion is granted. Should one be necessary, the post-discovery status conference is rescheduled to April _____, 2008.

                    _____
                    The Honorable Richard W. Roberts
                     United States District Judge

146478v2